UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br>Substitution of Counsel,<br><br>TODD W. BURNS, Esq. | )<br>)<br>)<br>) **ORDER**<br>)<br>)<br>) |

**IT IS HEREBY ORDERED** that Todd W. Burns, Esq., upon his departure from Federal Defenders of San Diego, Inc., and entering into private practice at

> Todd W. Burns
> Burns & Cohan
> Attorneys at Law
> 444 West C Street, Suite 444
> San Diego, California, 92101
> Phone: 619-236-0344
> Fax 619-768-0333
> Email: todd@burnsandcohan.com

be substituted as appointed counsel and Federal Defenders be relieved in the cases as listed in the attached effective after April 8, 2011.

**SO ORDERED.**

DATE: 4/10/11

HONORABLE IRMA E. GONZALEZ
Chief Judge, United States District Court
Southern District of California

## CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC., TO TODD W. BURNS, CALIFORNIA BAR NO. 194937, AS APPOINTED COUNSEL OF RECORD EFFECTIVE AFTER APRIL 8, 2011

| D.CT.# | CASE NAME | NEXT COURT DATE (JUDGE) |
|---|---|---|
| 01CV1790-AJB | *WATSON* v. Rocha | 4/12/11 Status (AJB) |
| 07CR0993-DMS | U.S. v. Rogelio **VELA** | Petition for Cert Pending (DMS) |
| 09CR2581-BEN | U.S. v. Chi Tong **KUOK** | 9th Cir. Appeal Pending (BEN) |
| 10 CR 4878-MJL | U.S. v. Chandler Evan **HOLM** | 4/25/11 MH/TS (MJL) |
| 10CR1585-JM | U.S. v. Moises **PACHECO** | 4/15/11, Sent (JTM) |
| 10CR1863-LAB | U.S. v. Michael Wayne **WICKWARE** | 6/6/11 Sent (LAB) |
| 10CR2416-MJL | U.S. v. Leedino Costas **ANASTASI** | 4/18/11 MH/TS (MJL) |
| 11CR0973-JLS | U.S. v. Edwin **GALLEGOS** | 5/2/11 MH/TS (JLS) |
| 11CR1033-WQH | U.S. v. Fernando **HERNANDEZ-Vences** | 4/29/11 MH/TS (WQH) |
| 11MJ0767 | U.S. v. Miguel **HERNANDEZ** | 4/7/11 PE (BLM) |
| 11MJ0830 | U.S. v. Ramon **VALDERRAMA Garcia** | 4/7/11 PE (WVG) |
| 11MJ0859-02 | U.S. v. Sergio Rafael **BARROSO** | 4/13/11 PE (WVG) |
| 11MJ0878 | U.S. v. Francisco Javier **ROMERO-Ruiz** | 4/13/11 PE (AJB) |
| 11MJ0912 | U.S. v. Denise Lorraine **SAMUELS** | 4/12/11 PE (POR) |
| 11MJ0947 | U.S. v. Guadalupe Iram **QUEZADA Gutierrez** | 4/12/11 PE (POR) |
| 11MJ0965 | U.S. v. Wilfrido **RUIZ-Anchondo** | 4/19/11 PE (POR) |
| 11MJ0966 | U.S. v. Michael George **ALEX** | 4/12/11 PE (CAB) |
| 11MJ1006 | U.S. v. Jay Paul **GADDIS** | 4/7/11 PE (CAB) |
| 11MJ1010 | U.S. v. David Conrad **BUELOW** | 4/7/11 DETN HRG (NLS) |
| 11MJ1025 | U.S. v. Franki Davinci **CORLEONE** | 4/8/11 DETN HRG (NLS) |
| 11MJ1034 | U.S. v. Tony **MARKS** | 4/7/11 PE (CAB) |
| 11MJ1080 | U.S. v. Cynthia **GOMEZ** | 4/14/11 pe (CAB) |
| 11MJ1084 | U.S. v. Joel **SANCHEZ-Garcia** | 4/14/11 PE (CAB) |
| 11MJ8270 | U.S. v. Nicole Marie **GONZALEZ** | 4/7/11 PE (PCL, El Centro) |
| 11MJ8278 | U.S. v. Jose Luis **ALVAREZ** | 4/7/11 PE (PCL, El Centro) |

1 | *11MJ8321*        *U.S. v. Charles Keith ESTES*              *4/7/11 PE (PCL, El Centro)*

2 | End of District Court Cases

3 |

4 | **U.S. DISTRICT COURT CASES ON APPEAL TO THE NINTH CIRCUIT**
**MOTIONS FILED MARCH 30, 2011, FOR SUBSTITUTION OF COUNSEL**
5 | **EFFECTIVE APRIL 8, 2011**

6 |

| USCA # | CASE NAME, # | STATUS | S. CT. # |
|---|---|---|---|
| *10-50444* | *U.S. v. Chi Tong Kuok*<br>*09CR2581-BEN* | *Opening Brief Filed*<br>*Reply Brief Pending* | -- |
| *08-50521* | *U.S. v. Vela*<br>*07CR0993-DMS* | *Petition for Cert. Granted*<br>*Case Conference Pending* | *10-8625* |

12 | End of District Court Cases on Appeal

2