UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 11cr1431 AJB - 1 |
| Plaintiff, ) | ORDER CONTINUING TRIAL AND |
| v. ) | EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| DAVID CONRAD BUELOW, ) | |
| Defendants. ) | |

Trial in this case was scheduled for August 8, 2011. The trial was set at the May 27, 2011 motion hearing and trial setting conference beyond the then maximum trial date of July 14, 2011, upon a finding of good cause and excludable time, given defense counsel's involvement in a state court murder trial that would prevent time to adequately prepare for the trial in this case. Finding that to compel the trial without adequate time for preparation would result in a miscarriage of justice that could be prevented by allowing additional time. The trial, therefore, was set for the August 8, 2011 date as indicated, with time excluded under the Speedy Trial Act through August 8, 2011..

A Status Conference was later set in the case for July 25, 2011. At that time, the Court was advise that jail house recordings of the defendant have been recently made available to the Government and the defense and given their substance and volume, defense counsel moved to continue the trial to allow for proper evaluation. Considering the impact of this evidence and difficulty of addressing it at trial absent adequate preparation, the Court granted the request for a continuance and trial is now set for

1  *August 22, 2011 at 9:00 a.m.* The trial is further excluded under the Speedy Trial Act from July 14,
2  2011 to August 22, 2011 for the good cause shown and in the interest of avoiding a miscarriage of
3  justice that would otherwise occur..
4        IT IS SO ORDERED.

6  DATED: July 27, 2011

                                                  Hon. Anthony J. Battaglia
                                                  U.S. District Judge